IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WENDALL JERMAINE HALL,

    Plaintiff,

vs.                             CASE NO. 4:09-cv-283-SPM/WCS

SANDEEP RAHANGDALE, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 8). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed an objection (doc. 9). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

A review of the record reveals that Plaintiff has an evident pattern of filing frivolous lawsuits, as well as a history of dishonesty with the Courts regarding the number of cases he has previously filed. Plaintiff's objection to the Report and Recommendation is that he was unable to disclose the number of lawsuits he

previously filed due to his special confinement for mental health issues after the filing of the complaint. However, the Court finds that, given the number of prior cases that the Plaintiff failed to disclose in the complaint form, the Plaintiff's lack of candor was not merely the result of an oversight. Additionally, the Plaintiff's continued efforts to initiate false and frivolous actions are a waste of the Court's time and also malicious. Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 8) is *adopted* and incorporated by reference into this order.

2. Plaintiff's complaint is *dismissed* as an abuse of the judicial process. The Clerk of Court shall note on the docket that this cause was dismissed as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. Pursuant to 28 U.S.C. § 1915(g), Plaintiff's motion for leave to proceed *in forma pauperis* (doc. 2) is *denied*.

4. Plaintiff's request to appoint counsel (doc. 9) is *denied*.

DONE AND ORDERED this <u>fifteenth</u> day of September, 2009.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      Chief United States District Judge